IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| AISHA ASHA BRADLEY, *et al.*, *Defendants* | : : | No. 23-5044 |

## ORDER

**AND NOW**, this 9th of January, 2024, upon consideration of Ms. Bradley's unopposed Notice of Removal (Doc. No. 1), unopposed Amended Notice of Removal (Doc. No. 4), and unopposed Second Amended Notice of Removal (Doc. No. 14) and Ms. Bradley's Praecipe to Withdraw Notice of Removal (Doc. No. 20 and 26) and Praecipe to Withdraw Notice of Removal and Close Case 2:23-cv-05044-GEKP (Doc. No. 28), none of which have been opposed, it is **ORDERED** that Doc. No. 28 is **GRANTED** and the notices of removal (Doc. Nos. 1, 4, and 14) are **WITHDRAWN** and Doc. Nos. 20 and 26 are designated as **MOOT** and the cases from Court of Common Pleas of Philadelphia Docket Numbers 2305T0155, 2305T0156, and 2310T0202 are **REMANDED** to the Court of Common Pleas of Philadelphia County for all purposes. The Clerk of this Court, having erroneously characterized and docketed various of Ms. Bradley's filings, shall mark this case 2:23-cv-05044 immediately **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**